**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HOWARD COHAN,

Plaintiff,

v. Case No: 8:15-cv-2180-T-17TGW

SELENSKI RENTALS LLC, a Florida Limited Liability Company,

Defendant.

_______________________________________/

**ORDER**

Pursuant to Fed. R. Civ. P. 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case. Therefore, consistent with the just, speedy and inexpensive determination of this case (Fed. R. Civ. P. 1) it is,

**ORDERED** that the provisions of Rule 26(a)(1) and Local Rule 3.05 concerning the initial disclosures and filing of a case management report are hereby waived. Instead, the parties shall comply with the following schedule:

1. Within **15 days** from the date of this Order, Plaintiff shall answer, under oath, the Court's Interrogatories, attached hereto as Exhibit A, serve a copy on Defendant, and file the Answers with the Court titled as a "Notice of Filing Court Interrogatories".

2. Within **30 days** from the date of service of process, Defendant shall permit Plaintiff's counsel and Plaintiff's expert reasonable access to inspect that portion of the Defendant's facility which Plaintiff claims to be non-compliant.

3. Within **45 days** thereafter, Plaintiff shall provide Defendant with a copy of any expert report upon which Plaintiff intends to rely, consistent with the provisions of

Rule 26(a)(2). Said report shall specifically address the deficiencies alleged and the proposed remediation required.

4. Defendants shall have **<u>30 days</u>** thereafter to serve a written response, including any Rule 26(a)(2) expert report that Defendants intend to rely upon.

5. Within **<u>30 days</u>** following the submission of Defendants' written response, the parties shall mediate this dispute, before a mediator of their choice. If they cannot agree upon a mediator, the Court will appoint one for them.

6. Until further Order of this Court, all discovery in these cases (except as provided herein) is **STAYED**.

7. The parties shall notify the Court within **<u>20 days</u>** after the mediation conference as to whether the parties have reached a settlement. If settlement is not achieved within the time frame set forth herein the Court will issue a supplemental case management order and set the case for trial at the earliest practicable time.

8. If the parties reach a settlement, the settlement agreement should contain, if possible, an agreement concerning costs and attorney's fees. If the parties are unable to agree, the Court will reserve jurisdiction to determine that issue. If the parties wish the Court to enter a consent judgment, be advised that the Court will not approve or reserve jurisdiction to enforce a confidential settlement agreement.

9. Due to the volume of these cases, the Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons.

10. Either party, for good cause shown, may move to alter this schedule should circumstances warrant.

11. Unless sooner settled, a status conference will be held before the Honorable Elizabeth A. Kovachevich, United States District Judge, on March 31, 2016 at 10:30 a.m in Courtroom 14A, United States District Court, 801 North Florida Ave., Tampa, Florida.

12. Plaintiff shall serve a copy of this Order on Defendants along with the Complaint.

**DONE and ORDERED** in Tampa, Florida 1st day of October, 2015.

Elizabeth A. Kovachevich
UNITES STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party

## EXHIBIT A
## COURT'S INTERROGATORIES TO INDIVIDUAL PLAINTIFF(S)

1. Residence address

2. Name of current employer and place of employment.

3. Date(s) and time(s) that you visited the facility.

4. Purpose of your visit(s) and duration of your stay(s).

5. Did anyone else accompany you? If so, who?

6. Describe the nature of your disability.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

9. Please list any other Title III cases in which you have been a party in this District.

____________________________________

**Howard Cohan**

**STATE OF FLORIDA**
**COUNTY OF ___________**

BEFORE ME, the undersigned authority, on this day, personally appeared PLAINTIFF NAME, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

**SWORN TO AND SUBSCRIBED** before me on this _______ day of _________________________20___.

NOTARY PUBLIC

____________________________________
Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (if any):
Commission Expires:

**Notary Stamp**

**COURT'S INTERROGATORIES TO CORPORATE PLAINTIFF(S)**

1. What is Plaintiff's business address?

2. When and where was Plaintiff incorporated?

3. Who are the current officers and directors of Plaintiff?

4. Provide the name and address of any of Plaintiff's members who have attempted to access and use the subject premises in the past, but have been discriminated against because of architectural barriers in violation of the ADA.

5. For each member listed in answer to No. 3 above, provide:

    a. The date(s) and time(s) that each member visited the facility

    b. The purpose of the visit and duration of stay

    c. The names of any person(s) who accompanied the member

    d. The nature of the member's disability

e. The architectural barriers personally observed or experienced

f. Whether such member(s) took notes or made a contemporaneous record of these barriers, and if so, please attach a copy to these answers.

6. Please list any other Title III cases in which Plaintiff has been a party in this District.

By:________________________________
As its:

________________________________
Print Name

**STATE OF FLORIDA**
**COUNTY OF** ___________

**BEFORE ME**, the undersigned authority, on this day, personally appeared ________________________, as representative of Plaintiff, PLAINTIFF NAME, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

**SWORN TO AND SUBSCRIBED** before me on this ____ day of ______________, 20_________.

**NOTARY PUBLIC**

**Notary Stamp**

________________________________
Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (if any):
Commission Expires: